EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
ALEXANDER R. MILLER (SBN 294474)
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, CA 92101
Tele.: (619) 765-4380

*Additional Counsel Listed on Signature Page*

Attorneys for Defendants,
NEOLOGY, INC., BRADLEY H. FELDMANN,
OEP CAPITAL ADVISORS, LP, OEP NEOLOGY CAYMAN, LP,
and OEP VI GENERAL PARTNER, LP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>　　Plaintiff,<br><br>v.<br><br>NEOLOGY, INC., a Delaware corporation; BRADLEY H. FELDMANN, an individual; OEP CAPITAL ADVISORS, LP, a Delaware limited partnership; OEP NEOLOGY CAYMAN, LP, a Cayman Islands limited partnership; OEP VI GENERAL PARTNER, LP, a Cayman Islands limited partnership; and DOES 1 through 50, inclusive,<br><br>　　Defendants. | CASE NO.: 3:25-cv-03247-CAB-MMP<br><br>**NOTICE OF RELATED CASES** |

**TO THE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to Civil Local Rule 40.1(f), counsel for Defendants Neology, Inc., Bradley H. Feldmann, OEP Capital Advisors, L.P., OEP Neology Cayman, L.P., and OEP VI General Partner, L.P. hereby inform the Court that the above-captioned case is related to: (1) the action brought by Joseph N. Mullis against Neology, Inc. and others in *Joseph N. Mullis v. J.P. Morgan Chase & Co., et al.*, case number 24-cv-01334-JES-BJW, which was removed to this Court on July 29, 2024, and stayed pending arbitration on May 29, 2025; and (2) the action brought by Neology, Inc. against Joseph N. Mullis and others in *Neology, Inc. v. Joseph N. Mullis, et al.*, case number 25-cv-01744-JES-BJW, filed on July 8, 2025, which is ongoing. Both actions are currently pending before the Honorable Judge James E. Simmons, Jr.

The above-captioned case is "related" to the prior actions as set forth under Civil Local Rule 40.1(e)(2) to the extent both cases involve substantially similar parties and issues and may involve duplication of labor if heard by different judges.

DATED: November 21, 2025

GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP

By: */s/ Emil Petrossian*
Emil Petrossian
Alexander R. Miller
GLASER WEIL FINK HOWARD
JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, CA 92101
Tel: (619) 765-4380
epetrossian@glaserweil.com
amiller@glaserweil.com

Robert Haney, Jr. (*Pro Hac Vice* Forthcoming)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 812-0399
rhaney@foleyhoag.com

Leah Rizkallah (*Pro Hac Vice* Forthcoming)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
lrizkallah@foleyhoag.com

*Attorneys for Defendants*
NEOLOGY, INC., BRADLEY H. FELDMANN, OEP CAPITAL ADVISORS, L.P., OEP NEOLOGY CAYMAN, L.P., and OEP VI GENERAL PARTNER, L.P.

NOTICE OF RELATED CASES