EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
ALEXANDER R. MILLER (SBN 294474)
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, CA 92101
Tele.: (619) 765-4380

Attorneys for Defendants,
NEOLOGY, INC., BRADLEY H. FELDMANN,
OEP CAPITAL ADVISORS, LP, OEP NEOLOGY CAYMAN,
LP, and OEP VI GENERAL PARTNER, LP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual, | CASE NO.: 3:25-cv-03247-CAB-MMP |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| NEOLOGY, INC., a Delaware corporation; BRADLEY H. FELDMANN, an individual; OEP CAPITAL ADVISORS, LP, a Delaware limited partnership; OEP NEOLOGY CAYMAN, LP, a Cayman Islands limited partnership; OEP VI GENERAL PARTNER, LP, a Cayman Islands limited partnership; and DOES 1 through 50, inclusive, | |
| Defendants. | |

I am employed in the County of San Diego, State of California; I am over the age of 18 and not a party to the within action; my business address is 600 W Broadway, Suite 2850, San Diego, CA 921010.

On November 21, 2025, I served the foregoing document(s) described as:

**NOTICE OF REMOVAL (INCLUDING ALL ATTACHMENTS THERETO); AND**

**NOTICE OF RELATED CASES**

on the interested parties to this action by delivering a copy thereof by the method noted below to each of said interested parties:

☒ **(BY US MAIL)** I caused such document(s) to be deposited in the U.S. Mail on the date so signed to the last known address of the party(ies) identified in the below Service List.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on November 21, 2025 at San Diego, CA.

*[signature]*
Maria E. Valentino

**SERVICE LIST**

Joseph N. Mullis                                   *Plaintiff pro se*
1152 Breakaway Drive
Oceanside, CA 92057