# EXHIBIT  A

## Kerner, Rachel

| | |
|---|---|
| **From:** | Kerner, Rachel |
| **Sent:** | Thursday, November 20, 2025 2:33 PM |
| **To:** | 'Joe Mullis' |
| **Cc:** | Haney, Robert P.; Rizkallah, Leah; Emil Petrossian |
| **Subject:** | RE: Mullis v. Neology, et al |

Mr. Mullis,

Thank you. We will proceed with asking for this relief ex parte. We represent all named defendants.

Best,
Rachel

**From:** Joe Mullis <joenmullis@gmail.com>
**Sent:** Friday, November 14, 2025 6:18 PM
**To:** Kerner, Rachel <rkerner@foleyhoag.com>
**Cc:** Haney, Robert P. <rhaney@foleyhoag.com>; Rizkallah, Leah <lrizkallah@foleyhoag.com>; Emil Petrossian <epetrossian@glaserweil.com>
**Subject:** Re: Mullis v. Neology, et al

**[ EXTERNAL SENDER - joenmullis@gmail.com ]**

Mrs. Kerner,

I don't see any basis to discuss or agree to a federal schedule. Please also confirm which of the named defendants your firm represents for the record.

Respectfully,

Joe Mullis


On Wed, Nov 12, 2025 at 8:46 AM Kerner, Rachel <rkerner@foleyhoag.com> wrote:

Mr. Mullis,


I am following up on the below. Please let me know as soon as possible and by today whether you agree.


Best,

Rachel

1

**From:** Kerner, Rachel
**Sent:** Tuesday, November 11, 2025 11:53 AM
**To:** Joe Mullis <joenmullis@gmail.com>
**Cc:** Haney, Robert P. <rhaney@foleyhoag.com>; Rizkallah, Leah <lrizkallah@foleyhoag.com>; Emil Petrossian <epetrossian@glaserweil.com>
**Subject:** RE: Mullis v. Neology, et al

Mr. Mullis,

Thank you for your response. While Defendants are under no obligation to provide the information requested in your email, we do so as a show of good faith in hopes of reaching compromise on the proposed schedule. Defendants intend to remove pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards and 9 U.S.C. sec. 203 in connection with the Incentive Partnership Interest Grant Agreements at issue in your complaint. Given you brought allegations based on these agreements, we assume you have them. Electronic service is acceptable though we note that Defendants' removal will suspend the state court action. Please let us know by close of business today whether you agree to the proposed schedule in my email so that we may timely seek intervention from the Court if necessary.

Best,

Rachel

**From:** Joe Mullis <joenmullis@gmail.com>
**Sent:** Monday, November 10, 2025 4:41 PM
**To:** Kerner, Rachel <rkerner@foleyhoag.com>
**Cc:** Haney, Robert P. <rhaney@foleyhoag.com>; Rizkallah, Leah <lrizkallah@foleyhoag.com>; Emil Petrossian <epetrossian@glaserweil.com>
**Subject:** Re: Mullis v. Neology, et al

[ EXTERNAL SENDER - joenmullis@gmail.com ]

Mrs. Kerner,

Please let me know the basis of removal to federal court before I consider your proposal.  Also, please: (1) confirm that you represent all defendants; (2) provide a copy of the arbitration agreement you intend to base on; and (3) confirm that electronic service on you in this case is acceptable (see attached).

Best,

Joe


On Mon, Nov 10, 2025 at 6:11 AM Kerner, Rachel <rkerner@foleyhoag.com> wrote:

Mr. Mullis,


We represent Defendants in connection with your state court action, *Mullis v. Neology, Inc., et al*, 25CU051830C. We understand that you are representing yourself *pro se* in this state court action. If you are represented by counsel, please provide their contact information promptly.


We are reaching out to discuss a schedule for this case moving forward. Defendants intend to remove the action to federal court on or before November 18. Once removed, we will seek to compel arbitration in this case. To avoid burdening the parties and the court with multiple motions and oppositions simultaneously, some of which may ultimately be unnecessary, it will be most efficient for the parties to agree to the following briefing schedule for all forthcoming potential motions:


- Defendants remove to federal court on or before November 18
- Plaintiff files a motion to remand, if any, within 30 days of notice of removal.
- If the case ultimately stays in federal court, Defendants file their motion to compel arbitration within 21 days of the Court's decision on motion to remand.
- If necessary, Neology will file its responsive pleading within 21 days of the Court's decision on the motion to compel arbitration


Please let us know by COB on Monday, November 10 whether you agree to this schedule. If we cannot reach agreement, we intend to seek such relief from the court.


Best,

Rachel

FOLEY

HOAG LLP

**FOLEY HOAG LLP**
Seaport World Trade Center West

155 Seaport Boulevard
Boston, Massachusetts 02210-2600

phone 6178321253

[www.foleyhoag.com](www.foleyhoag.com)