# EXHIBIT B

| | |
|---|---|
| **From:** | Alexander Miller |
| **To:** | "Joe Mullis" |
| **Cc:** | Emil Petrossian; Robert P. Haney; Leah Rizkallah; Rachel Kerner |
| **Subject:** | RE: Mullis v. Neology, Inc. et al., S.D. Cal. Case No. 3:25-cv-03247-CAB-MMP |
| **Date:** | Monday, November 24, 2025 3:50:00 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Joe,

Given the time constraints, we must file our *ex parte* application today. That being said, we can meet and confer further tomorrow and if the parties can reach an agreement we can withdraw our application. We're generally free after 9:30 a.m. PT tomorrow. Please let us know what time you prefer.

Best,
Alex



**Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP      amiller@glaserweil.com
600 West Broadway, Suite 2850                              T 619.762.5952
San Diego, CA 92101

glaserweil.com | bio

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

**From:** Joe Mullis <joenmullis@gmail.com>
**Sent:** Monday, November 24, 2025 3:08 PM
**To:** Alexander Miller <amiller@glaserweil.com>
**Cc:** Emil Petrossian <epetrossian@glaserweil.com>; Robert P. Haney <rhaney@foleyhoag.com>; Leah Rizkallah <lrizkallah@foleyhoag.com>; Rachel Kerner <rkerner@foleyhoag.com>
**Subject:** Re: Mullis v. Neology, Inc. et al., S.D. Cal. Case No. 3:25-cv-03247-CAB-MMP



Alex,

Thank you for your message. As noted in my earlier email, I am available to meet and confer on Tuesday. I am not available today. Please let me know what time on Tuesday works for you.

Regards,
Joe

On Mon, Nov 24, 2025, 10:31 AM Alexander Miller <amiller@glaserweil.com> wrote:

Mr. Mullis,

Thank you for your message. Unfortunately, your proposal does not resolve our concerns regarding efficiency and conservation of judicial and party resources. In particular, it does not extend Defendants' response deadline, which would require motions to dismiss to be filed before the Court resolves threshold issues of jurisdiction and arbitrability. Proceeding in that manner is inefficient and risks unnecessary expenditure of resources. In addition, the Court cannot address any motion to compel arbitration until after remand is decided. Accordingly, any remand papers should be filed and resolved first. For these reasons, we cannot agree to your proposal.

We request that you confer with us today. We initially raised our proposed sequencing and extension on November 10 and further conferred by email thereafter. In light of that history, our intended motion should not come as a surprise and the focus of the discussion will solely be the schedule rather than the substance of either party's position. If you are unable to confer today, we will need to proceed with filing our ex parte motion based on our conferral by email, given that our current deadline to respond is December 1 and we require guidance from the Court before the Thanksgiving holiday. Please advise regarding your availability to confer.

Best,
Alex



**Alexander Miller**
ASSOCIATE

Glaser Weil Fink Howard Jordan & Shapiro LLP   amiller@glaserweil.com
600 West Broadway, Suite 2850                   T 619.762.5952
San Diego, CA 92101
glaserweil.com | bio

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---

**From:** Joe Mullis <joenmullis@gmail.com>
**Sent:** Sunday, November 23, 2025 9:35 AM
**To:** Emil Petrossian <epetrossian@glaserweil.com>
**Cc:** Robert P. Haney <rhaney@foleyhoag.com>; Leah Rizkallah <lrizkallah@foleyhoag.com>; Rachel Kerner <rkerner@foleyhoag.com>; Alexander Miller <amiller@glaserweil.com>
**Subject:** Re: Mullis v. Neology, Inc. et al., S.D. Cal. Case No. 3:25-cv-03247-CAB-MMP

Counsel,

I received the removal papers at 5:23 p.m. on Friday and, as I am appearing pro se, I need reasonable time to review the materials. I am available to meet and confer on Tuesday, unless you agree with my proposed schedule below, in which case we can finalize the briefing structure without a meeting.

Regarding your proposed briefing schedule, I believe it will be more efficient for the Court if the jurisdictional and arbitration issues are addressed together rather than in a staggered sequence. Since you have stated that a motion to compel arbitration is inevitable, it makes sense for that motion to be

filed now so that both issues can be briefed together and resolved efficiently. I will file my combined opposition to that motion along with my motion to remand within 30 days.

Please confirm whether you agree. If not, I am available Tuesday to meet and confer.

Regards,
Joseph N. Mullis

On Fri, Nov 21, 2025 at 5:23 PM Emil Petrossian <epetrossian@glaserweil.com> wrote:

> Dear Mr. Mullis:
>
> Attached are courtesy electronic copies of the notice and removal, notice of related cases, and certificate of service that were filed earlier today in the above-captioned case. As you know from our prior written correspondence with you, we intend to move *ex parte* for an order creating a reasonable briefing schedule for the parties' anticipated motions—namely, your anticipated motion to remand the case to state court and any subsequent motions to compel arbitration and motions to dismiss our clients may file. At this time, the case is assigned to Judge Bencivengo, who requires parties to meet and confer in person or by telephone regarding *ex parte* applications before they are filed. Accordingly, we are requesting that you meet and confer with us telephonically on Monday regarding our clients' anticipated *ex parte* application. We are available to speak any time after 10:00 a.m. PT and anticipate needing approximately ten minutes of your time.
>
> So that you are aware of exactly what we plan on asking for in our *ex parte* application, we will be seeking an order of the Court adopting the following schedule: (1) your motion to remand will be due within 30 days of today's date; (2) Defendants' motion to compel arbitration will be due either 14 days after the Court denies your motion to remand, or within seven days of your motion-to-remand deadline if you do not file a motion to remand; and (3) if the Court denies Defendants' motion to compel arbitration, Defendants will file their motion to dismiss or otherwise respond to your complaint within 21 days of the Court's order denying the motion to compel arbitration. To be clear, we think sequencing the motions in this manner helps preserve both sides' resources and avoids the need to concurrently litigate multiple motions, while also making things more efficient for the Court. We urge you to consider agreeing to the schedule so we can forego the *ex parte* application and file a joint motion instead, but of course will be happy to discuss that further when we speak on Monday.
>
> Lastly, please note that because you are represented by counsel in the concurrently pending litigation filed by Neology against you and QORE4, we must limit our direct telephonic discussions with you to this case only. In the spirit of transparency, we will forward a copy of this e-mail to your counsel in the QORE4 action, Mr. Kawuka at Snell & Wilmer, so that he is aware that we will be speaking with you on Monday about this case.
>
> Have a nice weekend.
>
> Emil
>
> 
>
> **Emil Petrossian**
> MANAGING PARTNER
> OF THE SAN DIEGO OFFICE
>
> Glaser Weil Fink Howard Jordan & Shapiro LLP        epetrossian@glaserweil.com
> 600 West Broadway, Suite 2850                                        T 619.765.4382

San Diego, CA 92101
glaserweil.com | bio

This message and any attached documents may contain information from the law firm of Glaser Weil Fink Howard Jordan & Shapiro LLP that is confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.