EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
ALEXANDER R. MILLER (SBN 294474)
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, CA 92101
Tele.: (619) 765-4380

*Additional Counsel Listed on Signature Page*

Attorneys for Defendants,
NEOLOGY, INC., BRADLEY H. FELDMANN,
OEP CAPITAL ADVISORS, LP, OEP NEOLOGY CAYMAN, LP,
and OEP VI GENERAL PARTNER, LP

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual, | CASE NO.: 3:25-cv-03247-CAB-MMP |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| NEOLOGY, INC., a Delaware corporation; BRADLEY H. FELDMANN, an individual; OEP CAPITAL ADVISORS, LP, a Delaware limited partnership; OEP NEOLOGY CAYMAN, LP, a Cayman Islands limited partnership; OEP VI GENERAL PARTNER, LP, a Cayman Islands limited partnership; and DOES 1 through 50, inclusive, | |
| Defendants. | |

Glaser
Weil

1     I am employed in the County of San Diego, State of California; I am over the

2 age of 18 and not a party to the within action; my business address is 600 W Broadway,

3 Suite 2850, San Diego, CA 921010.

4     On November 24, 2025, I served the foregoing document(s) described as:

5 **DEFENDANTS' *EX PARTE* APPLICATION TO ISSUE SCHEDULING**
6 **ORDER AND EXTEND TIME TO RESPOND TO COMPLAINT;**

7 **DECLARATION OF EMIL PETROSSIAN IN SUPPORT OF**
**DEFENDANTS' *EX PARTE* APPLICATION TO ISSUE SCHEDULING**
8 **ORDER AND *EXTEND* TIME TO RESPOND TO COMPLAINT;**

9 **[PROPOSED] ORDER GRANTING DEFENDANTS' *EX PARTE***
**APPLICATION TO ISSUE SCHEDULING ORDER AND EXTEND**
10 **TIME TO RESPOND TO COMPLAINT**

11 on the interested parties to this action by delivering a copy thereof by the method

12 noted below to each of said interested parties:

13 ☒   **(BY US MAIL)** I caused such document(s) to be deposited in the U.S. Mail on
the date signed below to the last known address of the party(ies) identified in the
14     below Service List.

15     I declare under penalty of perjury under the laws of the State of California that

16 the above is true and correct.

17     Executed on November 24, 2025 at San Diego, CA.

18

19               Maria E. Valentino

20

21               **SERVICE LIST**

22 Joseph N. Mullis           *Plaintiff pro se*
23 1152 Breakaway Drive
Oceanside, CA 92057

24

25

26

27

28

CERTIFICATE OF SERVICE

Glaser
Weil