EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
ALEXANDER R. MILLER (SBN 294474)
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
　JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, CA 92101
Tel: (619) 765-4380

*Additional Counsel Listed on Signature Page*

*Attorneys for Defendants*
NEOLOGY, INC., BRADLEY H. FELDMANN,
OEP CAPITAL ADVISORS, L.P., OEP NEOLOGY
CAYMAN, L.P., and OEP VI GENERAL PARTNER, L.P.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, a California individual, <br><br> Plaintiff, <br><br> v. <br><br> NEOLOGY, INC., a Delaware corporation; BRADLEY H. FELDMANN, a California individual; OEP Capital Advisors, L.P., a Delaware limited partnership; OEP Neology Cayman, L.P., a Cayman Islands limited partnership; OEP VI General Partner, L.P., a Cayman Islands limited partnership; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:25-cv-03247-CAB-MMP <br><br> Hon. Cathy Ann Bencivengo <br> Courtroom 15A <br><br> **NOTICE OF WITHDRAWAL OF DOCUMENTS** <br><br> Action Filed:　　Sept. 25, 2025 <br> Action Removed:　Nov. 21, 2025 |

  Defendants OEP Neology Cayman, L.P., and OEP VI General Partner, L.P. ("OEP General Partner," and together with OEP Neology, the "Removing Defendants") hereby withdraw Docket Nos. 1-5 (Exhibit A to Declaration of Robert Haney in Support of Notice of Removal) and 1-8 (Exhibit D to Declaration of Robert Haney in Support of Notice of Removal). Removing Defendants were notified that these documents include a sensitive personal data identifier. The documents will be promptly refiled with appropriate redactions pursuant to Section 1(h) of the Electronic Case Filing Administrative Policies and Procedures Manual.

| | | |
|---|---|---|
| 1 | DATED: November 24, 2025 | GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Alexander R. Miller*<br>Emil Petrossian<br>Alexander R. Miller<br>GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP<br>600 West Broadway, Suite 2850<br>San Diego, CA 92101<br>Tel: (619) 765-4380<br>epetrossian@glaserweil.com<br>amiller@glaserweil.com |

Robert Haney, Jr. (*Pro Hac Vice* Application Forthcoming)
FOLEY HOAG LLP
1301 Avenue of the Americas
New York, NY 10019
Tel: (212) 812-0399
rhaney@foleyhoag.com

Leah Rizkallah (*Pro Hac Vice* Application Forthcoming)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: (617) 832-1000
lrizkallah@foleyhoag.com

*Attorneys for Defendants*
NEOLOGY, INC., BRADLEY H. FELDMANN, OEP CAPITAL ADVISORS, L.P., OEP NEOLOGY CAYMAN, L.P., and OEP VI GENERAL PARTNER, L.P.