UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS,<br><br>                    Plaintiff,<br><br>v.<br><br>NEOLOGY, INC.; BRADLEY H. FELDMANN; OEP CAPITAL ADVISORS, L.P.; OEP NEOLOGY CAYMAN, L.P.; OEP VI GENERAL PARTNER, L.P.; and DOES 1 through 50,<br><br>                    Defendants. | Case No.: 3:25-CV-3247-JES-BJW<br><br>**ORDER: (1) GRANTING MOTION FOR EXTENSION OF TIME; and (2) DENYING MOTION TO SET NEW BRIEFING SCHEDULE**<br><br>**[ECF No. 4]** |

    Before the Court is an ex parte motion to extend time to respond and set briefing schedule by Defendants Neology, Inc.; Bradley H. Feldmann; OEP Capital Advisors, L.P.; OEP Neology Cayman, L.P.; OEP VI General Partner, L.P; and Does 1 through 50 (collectively, "Defendants"). ECF No. 4. Defendants assert that their time to respond should be extended in anticipation of potentially dispositive motions to compel arbitration

1

1  and to remand the suit. *Id.* at 2. Plaintiff opposed the motion, arguing that changing the
2  briefing schedule unfairly benefits Defendants and that any rush to file motions is a result
3  of Defendants' own decision to remove this case. ECF No. 7.

4      Due to the pendant deadlines in this case and in the interest of fairness, the Court
5  **DENYS** the motion for a new briefing schedule but **GRANTS** the motion as construed as
6  a request for a 30 day extension of time for Defendants to answer or otherwise respond to
7  Plaintiff's complaint. Defendant's deadline to answer or otherwise respond to the
8  complaint is **December 30, 2025**.

9      **IT IS SO ORDERED**.

11  Dated: December 1, 2025

                            Honorable James E. Simmons Jr.
                            United States District Judge