EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
ALEXANDER R. MILLER (SBN 294474)
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, CA 92101
Tele: (619) 765-4380

Attorneys for Defendants
NEOLOGY, INC., BRADLEY H. FELDMANN, OEP CAPITAL ADVISORS, L.P., OEP NEOLOGY CAYMAN, L.P., and OEP VI GENERAL PARTNER, L.P.

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, a California individual,<br><br>              Plaintiff,<br><br>v.<br><br>NEOLOGY, INC., a Delaware corporation; BRADLEY H. FELDMANN, a California individual; OEP Capital Advisors, L.P., a Delaware limited partnership; OEP Neology Cayman, L.P., a Cayman Islands limited partnership; OEP VI General Partner, L.P., a Cayman Islands limited partnership; and DOES 1 through 50, inclusive,<br><br>              Defendants. | CASE NO. 3:25-cv-03247-JES-BJW<br><br>Hon. James E. Simmons, Jr.<br>Courtroom No. 4B<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND CIV. L.R. 40.2; NOTICE OF PARTIES WITH FINANCIAL INTEREST PURSUANT TO CIV. L.R. 40.2** |

**DEFS.' CORP. DISCLOSURE STATEMENT AND NOTICE OF PARTIES WITH FINANCIAL INTEREST**

Defendants Neology, Inc., Bradley H. Feldmann, OEP Capital Advisors, L.P., OEP Neology Cayman, L.P., and OEP VI General Partner, L.P. (collectively, "Defendants") submit the following Corporate Disclosure Statement and Notice of Parties with Financial Interest pursuant to Federal Rule of Civil Procedure 7.1 and Civil Local Rule 40.2.

## CORPORATE DISCLOSURE STATEMENT

Defendant Neology, Inc. states that it is a wholly-owned subsidiary of OEP Neology Parent, Inc. and that there is no publicly held corporation which owns 10% or more of its stock.

Defendant Bradley H. Feldmann is an individual, not a corporation. Defendants OEP Capital Advisors, L.P., OEP Neology Cayman, L.P., and OEP VI General Partner, L.P. are limited partnerships and therefore also not corporations. They have no parent corporation, and, to Defendants' knowledge, no publicly held corporation owns 10% or more of any partnership interest in these entities.

## NOTICE OF PARTIES WITH FINANCIAL INTEREST

Pursuant to Civil Local Rule 40.2, the undersigned counsel of record for Defendants certify that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Neology, Inc.
2. Bradley H. Feldmann
3. OEP Capital Advisors, L.P.
4. OEP Neology Cayman, L.P.
5. OEP VI General Partner, L.P.
6. Joseph N. Mullis

DEFS.' CORP. DISCLOSURE STATEMENT AND NOTICE OF PARTIES WITH FINANCIAL INTEREST

| | | |
|---|---|---|
| 1 | DATED:  December 11, 2025 | GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Alexander R. Miller |
| | | Emil Petrossian |
| 5 | | Alexander R. Miller |
| | | GLASER WEIL FINK HOWARD |
| 6 | | JORDAN & SHAPIRO LLP |
| | | 600 West Broadway, Suite 2850 |
| 7 | | San Diego, CA 92101 |
| | | Tel: (619) 765-4380 |
| 8 | | epetrossian@glaserweil.com |
| | | amiller@glaserweil.com |
| 9 | | |
| 10 | | Robert Haney, Jr. (*Pro Hac Vice* Application Forthcoming) |
| 11 | | FOLEY HOAG LLP |
| | | 1301 Avenue of the Americas |
| 12 | | New York, NY 10019 |
| | | Tel: (212) 812-0399 |
| 13 | | rhaney@foleyhoag.com |
| 14 | | |
| 15 | | Leah Rizkallah (*Pro Hac Vice* Application Forthcoming) |
| | | FOLEY HOAG LLP |
| 16 | | 155 Seaport Boulevard |
| | | Boston, MA 02210 |
| 17 | | Tel: (617) 832-1000 |
| | | lrizkallah@foleyhoag.com |
| 18 | | |
| 19 | | *Attorneys for Defendants* |
| 20 | | NEOLOGY, INC., BRADLEY H. FELDMANN, OEP CAPITAL |
| 21 | | ADVISORS, L.P., OEP NEOLOGY CAYMAN, L.P., and OEP VI |
| 22 | | GENERAL PARTNER, L.P. |

Glaser Weil

**DEFS.' CORP.  DISCLOSURE STATEMENT AND NOTICE OF PARTIES WITH FINANCIAL INTEREST**