EMIL PETROSSIAN (SBN 264222)
epetrossian@glaserweil.com
ALEXANDER R. MILLER (SBN 294474)
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, CA 92101
Tele.: (619) 765-4380

*Additional Counsel Listed on Signature Page*

Attorneys for Defendants,
NEOLOGY, INC., BRADLEY H. FELDMANN,
OEP CAPITAL ADVISORS, LP, OEP NEOLOGY CAYMAN, LP,
and OEP VI GENERAL PARTNER, LP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>NEOLOGY, INC., a Delaware corporation; BRADLEY H. FELDMANN, an individual; OEP CAPITAL ADVISORS, LP, a Delaware limited partnership; OEP NEOLOGY CAYMAN, LP, a Cayman Islands limited partnership; OEP VI GENERAL PARTNER, LP, a Cayman Islands limited partnership; and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO.:3:25-CV-03247-CAB-MMP<br><br>**DECLARATION OF ROBERT HANEY, JR. IN SUPPORT OF NOTICE OF REMOVAL**<br><br>[Filed concurrently with Defendants' Notice of Removal]<br><br>Action Filed in State Court: September 25, 2025 |

# DECLARATION

I, Robert Haney, Jr., declare:

1. I am an attorney with Foley Hoag LLP, counsel for Defendants Neology, Inc., Bradley H. Feldmann, OEP Capital Advisors, L.P., OEP Neology Cayman, L.P., and OEP VI General Partner, L.P. in this action.

2. I have personal knowledge of the matters set forth herein unless otherwise stated, and I could and would testify competently to the following.

3. This declaration and its exhibits are submitted as evidentiary support for Defendants OEP Neology Cayman, L.P. ("OEP Neology") and OEP VI General Partner, L.P.'s ("OEP General Partner," and together with OEP Neology, the "Removing Defendants") Notice of Removal, filed concurrently herewith.

4. A true and correct copy of the Incentive Partnership Interest Grant Agreement (the "First Grant Agreement"), dated as of May 24, 2018, entered into by and among Plaintiff Joseph N. Mullis and the Removing Defendants is attached hereto as **Exhibit A**.

5. A true and correct copy of the Side Agreement, dated as of May 24, 2018, entered into by and among Plaintiff Joseph N. Mullis and the Removing Defendants is attached hereto as **Exhibit B**.

6. A true and correct copy of the Deed of Adherence, dated as of May 24, 2018, entered into by and among Plaintiff Joseph N. Mullis and the OEP General Partner is attached hereto as **Exhibit C**.

7. A true and correct copy of the Incentive Partnership Interest Grant Agreement (the "Second Grant Agreement," and together with the First Grant Agreement, the "Grant Agreements"), dated as of March 1, 2022, entered into by and among Plaintiff Joseph N. Mullis and the Removing Defendants is attached hereto as **Exhibit D**.

8. Section 12 of both Grant Agreements states:

> Any suit, action or proceeding seeking to enforce any provision of, or based on any matter arising out of or in connection with, this Agreement or the transactions contemplated hereby (including claims for set-off and counter-claims and disputes regarding the validity, effect, interpretation or performance of all the legal relationships established by this Agreement or the LP Agreement or otherwise arising in connection with the foregoing) shall be finally settled by arbitration under the Rules of Arbitration of the International Chamber of Commerce. The number of arbitrators shall be one. The legal seat of arbitration shall be New York, New York. The arbitration shall be conducted in the English language. Each of the [Defendants] and [Plaintiff] hereby waives any right it may have to trial by jury in respect of any litigation based on, arising out of, under or in connection with this Agreement or any course of conduct, course of dealing, verbal or written statement or action of any party hereto.

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on November 21, 2025, in New York, New York.

By: *Robert O'Haney*
Robert Haney, Jr.