EMIL PETROSSIAN - State Bar No. 264222
epetrossian@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, California 92101
Tel.: (619) 765-4380
Fax: (619) 483-0646

*Attorneys for Defendants*
NEOLOGY, INC., BRADLEY H. FELDMANN,
OEP CAPITAL ADVISORS, L.P.,
OEP NEOLOGY CAYMAN, L.P., and
OEP VI GENERAL PARTNER, L.P.

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS,<br><br>         Plaintiff,<br><br>v.<br><br>NEOLOGY, INC., et al.,<br><br>         Defendants. | CASE NO. 3:25-cv-03247-JES-BJW<br><br>Hon. James E. Simmons, Jr.<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>*[Filed concurrently with Memorandum of Points and Authorities and Declaration of Robert Haney, Jr.]*<br><br>Date: January 28, 2026<br>Time: 9:00 a.m.<br>Courtroom: 4B |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 28, 2026, at 9:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 4B of the above-captioned Court, located at 221 West Broadway, San Diego, California 92101, Defendants Neology, Inc., Bradley H. Feldmann, OEP Neology Cayman, L.P., OEP VI General Partner, L.P., and OEP Capital Advisors, L.P. ("Defendants") will move the Court for an order (1) compelling Plaintiff Joseph N. Mullis to arbitrate his claims and (2) staying this action pending completion of arbitration.

Plaintiff's claims arise from and are intertwined with written agreements containing broad arbitration provisions that require him to arbitrate his disputes. The agreements are governed by the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (commonly known as the "New York Convention" or "Convention"), December 29, 1970, 21 U.S.T. 2517, which Congress incorporated into federal law through the Federal Arbitration Act. *See* 9 U.S.C. § 201. Plaintiff is bound by the terms of the agreements he signed, and Defendants are entitled to compel arbitration under the doctrine of equitable estoppel. All of Plaintiff's claims are within the scope of the broad arbitration provisions. Under the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.*, and the Convention, 9 U.S.C. §§ 201 *et seq.*, the Court should therefore compel arbitration. This action also should be stayed pending completion of arbitration. *See* 9 U.S.C. § 3.

//
//
//
//
//
//
//
//

|   |   |
|---|---|
| | Respectfully submitted, |
| DATED: December 19, 2025 | GLASER WEIL FINK HOWARD JORDAN & SHAPIRO LLP |
| | Emil Petrossian |
| | Alexander R. Miller |
| | By: */s/ Emil Petrossian* |
| | Emil Petrossian |
| | |
| | Robert Haney, Jr. (*Pro Hac Vice* Application Forthcoming) |
| | FOLEY HOAG LLP |
| | 1301 Avenue of the Americas |
| | New York, NY 10019 |
| | Tel: (212) 812-0399 |
| | rhaney@foleyhoag.com |
| | |
| | Leah Rizkallah (*Pro Hac Vice* Application Forthcoming) |
| | FOLEY HOAG LLP |
| | 155 Seaport Boulevard |
| | Boston, MA 02210 |
| | Tel: (617) 832-1000 |
| | lrizkallah@foleyhoag.com |
| | |
| | *Attorneys for Defendants* |
| | NEOLOGY, INC., BRADLEY H. FELDMANN, OEP CAPITAL ADVISORS, L.P., OEP NEOLOGY CAYMAN, L.P., and OEP VI GENERAL PARTNER, L.P. |