EMIL PETROSSIAN - State Bar No. 264222
epetrossian@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, California 92101
Tel.: (619) 765-4380
Fax: (619) 483-0646

*Attorneys for Defendants*
NEOLOGY, INC., BRADLEY H. FELDMANN,
OEP CAPITAL ADVISORS, L.P.,
OEP NEOLOGY CAYMAN, L.P., and
OEP VI GENERAL PARTNER, L.P.

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NEOLOGY, INC., et al.,<br><br>　　　　　Defendants. | CASE NO. 3:25-cv-03247-JES-BJW<br><br>Hon. James E. Simmons, Jr.<br><br>**DECLARATION OF ROBERT HANEY, JR. IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**<br><br>*[Filed concurrently with Notice of Motion and Memorandum of Points and Authorities.]*<br><br>Date: January 28, 2026<br>Time: 9:00 a.m.<br>Courtroom: 4B |

# **DECLARATION**

I, Robert Haney, Jr., hereby declare as follows:

1. I am an attorney with Foley Hoag LLP, counsel for Defendants Neology, Inc. ("Neology"), Bradley H. Feldmann, OEP Capital Advisors, L.P., OEP Neology Cayman, L.P., and OEP VI General Partner, L.P. (collectively, "Defendants") in this action.

2. I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could and would testify competently thereto.

3. This declaration and its exhibits are submitted as evidentiary support for Defendants' concurrently filed Motion to Compel Arbitration and Stay Proceedings.

4. A true and correct redacted copy of Plaintiff's Employment Agreement with Neology, dated July 15, 2014, is attached hereto as **Exhibit 1**.

5. A true and correct redacted copy of the Confidential Separation and Transition Agreement and General Release of All Claims, dated September 26, 2022, which Neology presented to Plaintiff but Plaintiff never signed, is attached hereto as **Exhibit 2**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on December 19, 2025, in New York, New York.

By: /s/ Robert Haney
Robert Haney, Jr.