EMIL PETROSSIAN - State Bar No. 264222
epetrossian@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, California 92101
Tel.: (619) 765-4380
Fax: (619) 483-0646

*Attorneys for Defendants*
NEOLOGY, INC., BRADLEY H. FELDMANN,
OEP CAPITAL ADVISORS, L.P.,
OEP NEOLOGY CAYMAN, L.P., and
OEP VI GENERAL PARTNER, L.P.

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS,<br><br>    Plaintiff,<br><br>v.<br><br>NEOLOGY, INC., et al.,<br><br>    Defendants. | CASE NO. 3:25-cv-03247-JES-BJW<br><br>Hon. James E. Simmons, Jr.<br><br>**CERTIFICATE OF SERVICE** |

I am employed in the County of San Diego, State of California; I am over the age of 18 and not a party to the within action; my business address is 600 W Broadway, Suite 2850, San Diego, CA 921010.

On December 19, 2025, I served the foregoing document(s) described as:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS;**

**DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS;**

**DECLARATION OF ROBERT HANEY, JR. IN SUPPORT OF MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

on the interested parties to this action by delivering a copy thereof by the method noted below to each of said interested parties:

☒ **(BY US MAIL)** I caused such document(s) to be deposited in the U.S. Mail on the date signed below to the last known address of the party(ies) identified in the below Service List.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 19, 2025 at San Diego, CA.

*[signature]*
Liz L. James

**SERVICE LIST**

Joseph N. Mullis  *Plaintiff pro se*
1152 Breakaway Drive
Oceanside, CA 92057