1  EMIL PETROSSIAN (SBN 264222)
   epetrossian@glaserweil.com
2  ALEXANDER R. MILLER (SBN 294474)
   amiller@glaserweil.com
3  GLASER WEIL FINK HOWARD
     JORDAN & SHAPIRO LLP
4  600 West Broadway, Suite 2850
   San Diego, CA 92101
5  Tele.: (619) 765-4380

6

7  *Attorneys for Defendants*,
   NEOLOGY, INC., BRADLEY H. FELDMANN,
8  OEP CAPITAL ADVISORS, L.P.,
   OEP NEOLOGY CAYMAN, L.P.,
9  and OEP VI GENERAL PARTNER, LP

10 *Additional Counsel Listed on Signature Page*

11
                    UNITED STATES DISTRICT COURT
12
                   SOUTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| JOSEPH N. MULLIS, an individual, | CASE NO.: 3:25-cv-03247-JES-BJW |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| NEOLOGY, INC., a Delaware corporation; BRADLEY H. FELDMANN, an individual; OEP CAPITAL ADVISORS, LP, a Delaware limited partnership; OEP NEOLOGY CAYMAN, LP, a Cayman Islands limited partnership; OEP VI GENERAL PARTNER, LP, a Cayman Islands limited partnership; and DOES 1 through 50, inclusive, | |
| Defendants. | |

I am employed in the County of San Diego, State of California; I am over the age of 18 and not a party to the within action; my business address is 600 W Broadway, Suite 2850, San Diego, CA 92101.

On December 30, 2025, I served the foregoing document(s) described as:

**DEFENDANTS' ANSWER TO COMPLAINT**

on the interested parties to this action by delivering a copy thereof by the method noted below to each of said interested parties:

☒ **(BY US MAIL)** I caused such document(s) to be deposited in the U.S. Mail on the date signed below to the last known address of the party(ies) identified in the below Service List.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 30, 2025 at San Diego, CA.

_____
Maria E. Valentino

**SERVICE LIST**

Joseph N. Mullis                *Plaintiff pro se*
1152 Breakaway Drive
Oceanside, CA 92057

2
CERTIFICATE OF SERVICE