1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  JOSEPH N. MULLIS, a California individual, | Case No.:  3:25-CV-3247-JES-BJW |
| 13                          Plaintiff, | **ORDER GRANTING MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS** |
| 15  v. | **[ECF No. 5]** |
| 17  NEOLOGY, INC., a Delaware corporation; BRADLEY H. FELDMANN, a California individual; OEP Capital Advisors, L.P., a Delaware limited partnership; OEP Neology Cayman, L.P., a Cayman Islands limited partnership; OEP VI General Partner, L.P., a Cayman Islands limited partnership; and DOES 1 through 50, inclusive, | |
| 23                          Defendants. | |

24
25      Plaintiff, Joseph N. Mullis ("Plaintiff"), proceeding pro se has moved for leave to
26  electronically file documents. The Court **GRANTS** his motion as he has demonstrated that
27  he has the proper equipment and software capabilities to electronically file and has agreed
28  to follow all rules and policies in the CM/ECF Administrative Policies and Procedures

Manual. ECF No. 5. Plaintiff is cautioned that electronic filing is a privilege and that any abuse of the CM/ECF system may result in termination of his electronic filing privileges.

**IT IS SO ORDERED**.

Dated:  January 12, 2026

Honorable James E. Simmons Jr.
United States District Judge