EMIL PETROSSIAN - State Bar No. 264222
epetrossian@glaserweil.com
ALEXANDER R. MILLER - State Bar No. 294474
amiller@glaserweil.com
GLASER WEIL FINK HOWARD
  JORDAN & SHAPIRO LLP
600 West Broadway, Suite 2850
San Diego, California 92101
Tel.: (619) 765-4380
Fax: (619) 483-0646

*Attorneys for Defendants*
NEOLOGY, INC., BRADLEY H. FELDMANN,
OEP CAPITAL ADVISORS, L.P.,
OEP NEOLOGY CAYMAN, L.P., and
OEP VI GENERAL PARTNER, L.P.

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH N. MULLIS,<br><br>    Plaintiff,<br><br>v.<br><br>NEOLOGY, INC., et al.,<br><br>    Defendants. | CASE NO. 3:25-cv-03247-JES-BJW<br><br>**DECLARATION OF JESSICA MARION IN SUPPORT OF DEFENDANTS' REPLY TO PLAINTIFF JOSEPH N. MULLIS'S OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS** |

I, Jessica Marion, declare:

1. I am the Chief Financial Officer of OEP Capital Advisors, L.P. I submit this declaration in support of Defendant's Response in Support of their Motion to Compel Arbitration and Stay Proceedings. I make this declaration based on my personal knowledge and my review of Defendants' and One Equity Partners' business records kept in the ordinary course. If called as a witness, I would and could competently testify to the matters set forth herein.

2. OEP VI GP Ltd. is the general partner of OEP VI General Partner L.P., which is the general partner of OEP Neology Cayman L.P. OEP VI GP Ltd. is an exempted company, incorporated under the laws of the Cayman Islands.

3. One Equity Partner VI, L.P., a Cayman Island investment fund, is a partner of OEP Neology Cayman L.P. One Equity Partner VI, L.P. and its affiliated funds have a number of underlying limited partners, all of whom are passive investors. The jurisdictions for those limited partners, as of the execution of the First Grant Agreement (May 24, 2018) and the Second Grant Agreement (March 1, 2022), were approximately as shown in the following chart:

| Country/Territory | Percentage Sum of Ownership on May 24, 2018 | Percentage Sum of Ownership on March 1, 2022 |
|---|---|---|
| Australia | 8.99% | 8.99% |
| Austria | 0.16% | 0.16% |
| Bermuda | 0.31% | 0.31% |
| British Virgin Islands | 3.44% | 3.44% |
| Cayman Islands | 22.81% | 22.81% |
| France | 0.31% | 0.31% |
| Israel | 3.44% | 3.44% |
| Italy | 0.50% | 0.50% |

| | | |
|---|---|---|
| Japan | 2.00% | 2.00% |
| Luxembourg | 4.94% | 5.69% |
| Netherlands | 15.00% | 15.00% |
| Singapore | 6.25% | 6.25% |
| Switzerland | 1.01% | 1.01% |
| United Kingdom | 5.53% | 5.31% |
| United States | 24.56% | 24.56% |
| Curacao | 0% | 0.22% |
| Jersey | 0.75% | 0% |

4.  The investors reflected in the above chart include partnerships, individuals, and corporations. For example, there are at least two individual investors referenced in the above chart who are citizens of Switzerland. There are also corporate investors referenced in the chart that are incorporated in Singapore (6.25% sum ownership), the British Virgin Islands (3.13% sum ownership), Israel (2.81% sum ownership), and Japan (1.25% sum ownership). Defendants do not have further citizenship information for the partnership investors.

5.  The other members of OEP Neology Cayman L.P. at the time of the Grant Agreements' execution were individuals located in the United States, Mexico, and United Kingdom.

6.  OEP VI General Partner L.P. also had, and continues to have, United States and foreign limited partners, some of whom are current and former OEP Capital Advisors, L.P employees located globally. By way of example, Joerg Zirener, who is referenced in this litigation, was and remains a limited partner of OEP VI General Partner LP on both May 24, 2018 and March 1, 2022, and was and remains located in Germany.

I declare under the penalty of perjury that the foregoing is true and correct and this Declaration was executed on January 21, 2026 in Chicago, Illinois.

- 3 -

DATED: January 21, 2026

_____
Jessica Marion

- 4 -